# COMPLAINT

### (for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2026 MAY 22 A II: 32
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Leon Lion I Eugene White, Jr. RASTAFARI

v.

(Full name of defendant(s))

Officer Andrew Huber

Case Number:

**26-C 916**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of _Wisconsin_ and resides at
   (State)

   _7000 W. Brentwood Ave Milwaukee, WI 53223_
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _Officer Andrew Huber_
   (Name)

is (if a person or private corporation) a citizen of *Wisconsin*

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for *Marquette University Police Department*

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.  Who violated your rights;
2.  What each defendant did;
3.  When they did it;
4.  Where it happened; and
5.  Why they did it, if you know.

On May 19, 2026, I, Leon Lion I Eugene White, Jr. RASTAFARI, Moorish American Moslems' Natural Rights, and Human Rights were violated by a Marquette University PD (1023) officer by the name of Andrew Huber, while I, Leon Lion I, Jerry Barnett, RASTAFARI Makonnen, was on my Islamic Post, as I was Governing (self), and the Milwaukee downtown region on Wisconsin Ave, 238 FT W of N 13th St, as I was on my way to get me breakfast, this Marquette University PD (officer Huber) got out of his squad car, and started to harass me,

asking me what was my name, and talking to me like I was a civilian or a slave under the jurisdiction and under the authority of his command, commanding me to show him my I.D.. As I, Loon Lion I, Selassie I kept responding to him that I didn't have to answer to him, and showed him (officer Huber) my Holy Quran/ with my Haile Selassie I's Face, and name upon It so he could recognize and identify me as (M.I.M.)"-Jerry Barnett, Haile Selassie I," and that I was on my duty, Governing (self) and the region of that area downtown as a Moorish American National Moslem and offical, revealing to him (officer Huber) my Holy Islamic Flag as well. This (officer Huber) began commanding me to drop my Islamic Belongings and submit to his authority. When I refused, (officer Huber) reached for my Belongings, snatched all my Islamic materials out of my hand, and threw it all over the ground, and I was illegally apprehended by him (officer Huber) and several other officers who forcefully removed me off my territory that I was Governing at that time, as well as Governing (Myself) as a Moorish American National and offical,

I was unlawfully detained, <u>Amended Complaint</u> and transported to a police station/ precint, where my Natural and Human Rights were again violated by this officer Huber and another PD officer (unknown name) who commanded me Leon Lion I RASTAFARI to remove all of my clothes, except for my pants, and socks. I did so, and felt like I was being molested by these officers, I continued to stand there, with my shirt off, pants and socks on, being finger printed and touched, and felt upon like I was a negro slave, only to recieve a citation for disorderly conduct, when I was unlawfully harassed, illegally apprehended, and forcefully removed from/ of "I and I's" Islamic Territorial Ground as I was Governing (self) as a Moorish American Moslem Offical. This is in Violation of the United Nations Declaration on the Rights of Indigenous Peoples (Article 7 (1, 2); Article 8 (1, 2); (Article 9); (Article 10); Article 11 (1); and Article 12 (1).

I, Leon Lion I, JAH RASTAFARI was also "misnomered" as a "black" male on the citation, when this officer clearly understood that I am a Saudi Arabian (Ethiopian)/Native American Moslem, because I constantly informed him while I was illegally detained.

Case 2:26-cv-00916-BHL    Filed 05/22/26    Page 4 of 6    Document 1

## C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I, Leon Lion I, Eugene White Jr. RASTAFARI, would like to be compensated by requesting that the court(s) remove this officer Klubber off his position as being a Marquette University PD, and for all Marquette university PD's to be well informed to stay clear from harassing me, and oppressing me from here on out in the future when they all (Marquette PD officers) observe I, Leon Lion I, RASTAFARI Governing (myself) as a Moorish American Moslem throughout this land, as I present Myself as such, Jerry Barnett, reincarnated as Maile Selassie I in my proper person in my position within this Selassie I Government.

Complaint – 4

E.    JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _22nd_ day of _May_ 20 _26_.

Respectfully Submitted,

_Leon White_
Signature of Plaintiff

_414-408-4581_
Plaintiff's Telephone Number

_None_
Plaintiff's Email Address

_7000 W. Brentwood Ave Milwaukee, WI 53223_

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.